**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ASARCO LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:11-CV-00138 GAF |
| NL INDUSTRIES, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL

Dennis D. Palmer and Richard Brownlee III of the law firm of Polsinelli Shughart PC hereby withdraw as counsel of record for Defendant Sunoco, Inc. in the above-captioned matter. Defendant Sunoco, Inc. remains represented in this matter by Daniel L. McClain and Jeffrey A. Kennard of the law firm of Scharnhorst Ast & Kennard, P.C.

Dated: July 19, 2011

Respectfully submitted,

POLSINELLI SHUGHART PC

/s/ Dennis D. Palmer
DENNIS D. PALMER          Mo. Bar #21499
Twelve Wyandotte Plaza
120 W. 12th Street, Suite 1700
Kansas City, Missouri 64105
816-421-3355
816-374-0509 FAX
dpalmer@polsinelli.com

and

RICHARD S. BROWNLEE III    Mo. Bar #22422
POLSINELLI SHUGHART PC
221 Bolivar Street, Suite 300
Jefferson City, Missouri 65102
573-644-7933
rbrownlee@polsinelli.com

*Attorneys for Defendant Sunoco, Inc.*

## CERTIFICATE OF SERVICE

    I, Dennis D. Palmer, do hereby certify that the foregoing Entry of Appearance was filed today with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: July 19, 2011

                                                  /s/ Dennis D. Palmer
                                               Attorney for Defendant Sunoco